[No. 38219-9-II.   Division Two.   February 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD VERNON
NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 08-1-01846-8, Kitty-Ann van Doorninck, J.,
entered August 15, 2008. *Reversed* by unpublished opinion
per Bridgewater, J., concurred in by Houghton and Hunt, JJ.

[No. 38246-6-II.   Division Two.   February 9, 2010.]

*In the Matter of the Personal Restraint of* KALE A. VORAK,
*Petitioner.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 08-2-05047-1, Susan Serko, J., entered August
22, 2008. *Affirmed* by unpublished opinion per Bridgewater,
J., concurred in by Houghton and Hunt, JJ.

[Nos. 38327-6-II; 38455-8-II.   Division Two.   February 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN M. WENTZ,
*Appellant.*

THE STATE OF WASHINGTON, *Respondent*, v. MARK ALAN
CRUTCHFIELD, *Appellant.*

Appeals from a judgment of the Superior Court for Mason
County, No. 07-1-00505-6, Toni A. Sheldon, J., entered
September 8, 2008. *Affirmed* by unpublished opinion per
Quinn-Brintnall, J., concurred in by Armstrong, J.; Van
Deren, C.J., dissenting.